AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>23-3086MB | Date and time warrant executed:<br>3/15/2023 8:52 am | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>   Postal Inspector Ray Shepard and General Analyst Teresa Baham | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>EI 558 118 069 US<br><br>- Brown paper<br>- Brown cardboard box<br>- Playdo cardboard box<br>- Black tape<br>- Dryer sheets<br>- Clear plastic vacuum sealed bags<br>- White powder susbtance approximately 791.8 grams field tested positive for fentanyl | | |

### Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    03/15/2023

*Executing officer's signature*

Raymond Shepard, Postal Inspector
*Printed name and title*